UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS PEPE,
    Plaintiff,

vs.                                                  Case No.:  3:25-cv-742/MCR/ZCB

LINDA CATTANO,
    Defendant.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on August 11, 2025.  *See* ECF No. 9.  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 9, is adopted and incorporated by reference in this order.

2.    Plaintiff's amended complaint, ECF No. 6, is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

3. All pending motions are **DENIED as moot**.

4. The Clerk of Court is directed to close the case.

**DONE AND ORDERED** this 9th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**